**No. 51853.**—Manne & Weill et al. *v.* United States, protests 622308–G, etc. (New York).

Opinion by KINCHELOE, J.  It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim at 50 percent ad valorem under paragraph 915, plus any additional duty applicable under paragraph 924, was therefore sustained.

**No. 51854.**—Biddle Purchasing Co. et al. *v.* United States, protests 822034–G, etc. (New York).

Opinion by KINCHELOE, J.  Following the authorities cited in Abstract 15400 the court dismissed the protests.